```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Jeffrey M. Gray</u>

     v.                                                      Civil No. 14-cv-386-PB

<u>John Perkins, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 7, 2015. Except for claims 1-6 identified in the Report and Recommendation, the remaining claims are dismissed, as are the remaining defendants. Additionally, the Plaintiff's motion for a temporary restraining order is denied for reasons set forth in the Report and Recommendation.

    SO ORDERED.

                                                         /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

Date: June 1, 2015

cc:   Jeffrey Gray, pro se