UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Gray

    v.                                    Civil No. 14-cv-386-PB

John Perkins, New Hampshire State
Prison Librarian, et al.

## REPORT AND RECOMMENDATION

Plaintiff Jeffrey M. Gray, a New Hampshire State Prison ("NHSP") inmate, has filed a motion (Doc. No. 191)[1] seeking preliminary injunctive relief. The defendants object. See Doc. No. 196. The motion has been referred to the undersigned magistrate judge for proposed findings and recommendations as to disposition. See Oct. 31, 2017 Order.

## Background

Pending before the court in this action are five claims, identified in the court's September 20, 2016 Order (Doc. No. 148) as Claims 1-3, 5, and 8, alleging violations of Gray's First and Eighth Amendment rights. Those claims concern specific events that are alleged to have occurred at the NHSP

---

[1] Gray's motion for injunctive relief has been filed under seal, as it contains discussion of Gray's confidential medical information. No confidential information has been included in this Report and Recommendation, which need not be sealed.

and at the Northern New Hampshire Correctional Facility ("NCF") in 2013 and 2014.

Gray's instant request for preliminary injunctive relief arises out of claims that arose during and after February 2017. Gray seeks an order from this court directing prison officials: 1) to return Gray to one of two housing units at the NHSP from the NCF, where he was housed at the time he filed the instant motion[2]; 2) to return medical supplies and medication seized from Gray's cell at NCF in October 2017; and 3) to return religious and personal property seized from his cell at NCF in October 2017.

## Discussion

Gray's motion for injunctive relief (Doc. No. 191) seeks relief connected to claims that are not pending against the defendants in this case. "'[A] party moving for a preliminary injunction must establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint.'" Polansky v. Wrenn, No. 12-CV-105-PB, 2013 WL 1165158, at *5, 2013 U.S. Dist. LEXIS 38617, at *15 (D.N.H. Feb. 22, 2013) (citation omitted), R&R adopted, 2013 WL 1155429, 2013 U.S. Dist. LEXIS 38608 (D.N.H. Mar. 19, 2013). Plaintiff's

---

[2]Since filing his motion for injunctive relief, Gray has been returned to the NHSP.

allegations do not suffice to establish the requisite connection between the underlying claims and relief requested in his motion for injunctive relief. For that reason, the district judge should deny Gray's motion for preliminary injunctive relief (Doc. No. 191) without prejudice to Gray's ability to seek such relief in a new action.

## Conclusion

For the foregoing reasons, the district judge should deny Gray's motion for preliminary injunctive relief (Doc. No. 191). Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_/s/ Andrea K. Johnstone_
Andrea K. Johnstone
United States Magistrate Judge

April 2, 2018

cc:  Jeffrey M. Gray, pro se
     Francis Charles Fredericks, Esq.