UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey M. Gray

   v.                                                Case No. 14-cv-386-PB

John Perkins, et al


O R D E R


No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 2, 2018. Gray's motion for preliminary injunctive relief (Doc. No. 191) is denied for reasons set forth in the Report and Recommendation. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                         */s/ Paul Barbadoro*
                                                                         _____
                                                                         Paul J. Barbadoro
                                                                         United States District Judge

Date: April 27, 2018

cc: Jeffrey Gray, pro se
    Counsel of Record